# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153723(57)

JEFFREY HAKSLUOTO and
CAROL HAKSLUOTO,
        Plaintiffs-Appellants,

v

MT. CLEMENS REGIONAL MEDICAL
CENTER, a/k/a McLAREN MACOMB
GENERAL RADIOLOGY ASSOCIATES,
P.C. and ELI SHAPIRO, D.O.,
        Defendants-Appellees.
_____/

SC: 153723
COA: 323987
Macomb CC: 2014-002556-NH

     On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their brief is GRANTED. The brief submitted on February 24, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     March 3, 2017



Clerk